**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| EMANUEL DANGELLO CESVETTE, | ) ) ) | Case No. 1:26-cv-12662-AK |
| Petitioner, | ) ) | |
| v. | ) ) | |
| ANTONE MONIZ, et. al. | ) ) ) | |
| Respondents. | ) ) | |

**<u>Declaration of Glenn Formica</u>**

I, Glenn Formica declare as follows:

1.      I am an attorney with Formica, P.C. and The American Immigrant Legal Clinic. I am an attorney admitted *pro hac vice* to practice in the Commonwealth of Massachusetts. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Petitioner's Motion to Enforce.

2.      Attached as Exhibit A is a true and correct copy of the full Record of Proceedings for Mr. Cesvette's bond proceedings in the Chelmsford Immigration Court, as of July 17, 2026.

3.      I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 17th day of July, 2026 in New Haven, Connecticut.

/s/ *Glenn Formica*
Glenn L. Formica (admitted pro hac vice)
Formica P.C.
195 Church Street, Floor 11
New Haven, Connecticut 06510
Telephone: (203) 787-1946
gformica@formicalaw.com
*Pro hac vice pro bono counsel*

Certificate of Service

I hereby certify that I caused the foregoing declaration to be served on Respondents' counsel on this 17th day of July 2026 via the CM/ECF platform.

/s/ *Glenn Formica*_____
Glenn L. Formica (admitted pro hac vice)
Formica P.C.
195 Church Street, Floor 11
New Haven, Connecticut 06510
Telephone: (203) 787-1946
gformica@formicalaw.com


*Pro hac vice pro bono counsel*